# WRITTEN CONSENT AND RESOLUTIONS
# OF THE
# SOLE MEMBER
# OF
# PACIFIC METRO, LLC
### A Californian Limited Liability Company

The undersigned, being the sole member of Pacific Metro, LLC, a California limited liability company (the "Company"), does hereby consent to take the following actions and adopt the following resolutions:

## RECITALS

**WHEREAS,** the Company is in serious financial condition and is unable to continue without debt relief; and

**WHEREAS,** it appears to the undersigned that it is in the best interest of the Company and its creditors to commence a case under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

**WHEREAS,** Lightpost Holdings, LLC, the sole member of the undersigned, has authorized and directed the undersigned to execute this Written Consent and Resolutions;

## RESOLUTIONS

**NOW, THEREFORE,** be it hereby resolved, that the undersigned finds and determines that it is in the best interest of the Company and its creditors for it to commence a case under Chapter 11 of the Bankruptcy Code;

**BE IT FURTHER RESOLVED** that the officers and agents of the Company be, and each of them hereby is, empowered and directed without further action by the undersigned to

forthwith prepare, sign, file and prosecute, and cause to be prepared, signed, filed and prosecuted, a petition for relief under Chapter 11 of the Bankruptcy Code;

**BE IT FURTHER RESOLVED** that Robert C. Murray is designated and authorized to act as the authorized representative and "Responsible Individual" for the Company as required by the Rule 4002-1 (a) of the Local Bankruptcy Rules for the Northern District of California; and

**BE IT FURTHER RESOLVED** that the Company and its officers and agents are authorized, empowered and directed to retain the law firm of Murray & Murray, A Professional Corporation ("<u>Murray & Murray</u>") to commence and prosecute the aforementioned Chapter 11 case, and to do all things, and to prepare, sign and file all papers or documents necessary or proper to the prosecution of said Chapter 11 case; and Murray & Murray is authorized to take such actions in the bankruptcy case which Murray & Murray, in its discretion, concludes are necessary to Murray & Murray's and/or the Company's fulfillment of their fiduciary obligations in the bankruptcy case.

This Consent shall be filed with the Minutes and proceedings of the Company.

Dated: June 2, 2010                             WINDERMERE HOLDINGS, LLC
                                                Sole member of Pacific Metro, LLC


                                                By:  */s/ Robert C. Murray*
                                                     Robert C. Murray
                                                     Authorized Signatory


K:\Pacific Metro, LLC\Pld\Commencement\Consent to Actionv2.docx