| | |
|---|---|
| 1 | JOHN WALSHE MURRAY (074823) |
| | ROBERT A. FRANKLIN (091653) |
| 2 | JENNY L. FOUNTAIN (226241) |
| | MURRAY & MURRAY |
| 3 | A Professional Corporation |
| | 19400 Stevens Creek Blvd., Suite 200 |
| 4 | Cupertino, CA 95014-2548 |
| | Telephone: (650) 852-9000; (408) 907-9200 |
| 5 | Facsimile: (650) 852-9244 |
| | Email: jwmurray@murraylaw.com |
| 6 | Email: rfranklin@murraylaw.com |
| | Email: jlfountain@murraylaw.com |
| 7 | |
| 8 | Attorneys for Debtor |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

In re: )
)
**PACIFIC METRO, LLC** )
A California Limited Liability Company, )   Case No.
fka The Thomas Kinkade Company, )
LLC, fka Media Arts Group, Inc. )   Chapter 11
)
Debtor. )
)
900 Lightpost Way )
Morgan Hill, CA 95037 )
)
Employer Tax I.D. No.: 26-3534146 )
)

**LIST OF CREDITORS HOLDING
20 LARGEST UNSECURED CLAIMS**

Attached hereto as **Exhibit "A"** is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(d) for filing in this Chapter 11 case.

I, Robert C. Murray, declare under penalty of perjury that I have read this LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS attached hereto as **Exhibit "A"** and that it is

/ / /

true and correct to the best of my knowledge, information and belief.

Dated: June 2, 2010  **PACIFIC METRO, LLC**

By: <u>*/s/ Robert C. Murray*</u>
    Robert C. Murray
    Authorized Signatory

B 4 (Official Form 4) (12/07)

In re Pacific Metro, LLC        Case No.
              Debtor             Chapter 11

# UNITED STATES BANKRUPTCY COURT
Northern District Of California

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) CONTINGENT | (4) UNLIQUIDATED | (4) DISPUTED | (5) Amount of Claim [if secured also state value of security] |
|---|---|---|---|---|---|---|
| Karen Hazelwood and Jeff Spinello<br>Thomas Kinkade at the Downtown Mall<br>c/o Norman Yatooma & Assoc.<br>219 Elm St<br>Birmingham, MI 48009 | | | | | | $2,366,500.00 |
| David White and Nancy White<br>Lighthouse Galleries, LLC<br>c/o Cohen, Lerne & Rabinovitz PC<br>26862 Woodward Ave, Ste. 200<br>Royal Oaks, MI 48067 | | | | | X | 1,414,213.00 |
| Flextronics International USA, Inc.<br>c/o Robins, Kaplan, Miller & Ciresi L.L.P.<br>2090 Fortune Drive<br>San Jose, CA 95131 | | | | | | 930,000.00 |
| TBI Madrone I, LLC<br>c/o Toeniskoetter & Breeding<br>1960 The Alameda, STE 20<br>San Jose, CA 95126 | | | | | | 430,000.00 |
| California State Board of Equalization<br>PO Box 942879<br>Sacramento, CA 94279 | | | | | X | 260,000.00 |
| Foley & Lardner, LLP<br>555 South Flower Street, Suite 3500<br>Los Angeles, CA 90071-2411 | | | | | | 130,000.00 |

B 4 (Official Form 4) (12/07)

In re Pacific Metro, LLC            Case No.
           Debtor            Chapter 11

| Creditor | | | | | Amount |
|---|---|---|---|---|---:|
| LIONSGATE<br>c/o JP Morgan Chase<br>Lockbox Processing, #29161<br>4 Chase Metrotech Center, 7TH FL. East<br>Brooklyn, NY 11245 | | | | | 100,000.00 |
| TBI Mission West, LLC<br>c/o Toeniskoetter & Breeding<br>1960 The Alameda, STE 20<br>San Jose, CA 95126 | | | | | 98,000.00 |
| Delgado Brothers<br>Antonio / Mina<br>647 E 59th Street<br>Los Angeles, CA 90001 | | | | | 80,000.00 |
| Capital Corrugated<br>Attn.: Rick Palmer<br>8333 24th Avenue<br>Sacramento, CA 95827 | | | | | 67,234.00 |
| GE Capital<br>P O Box 31001-0271<br>Pasadena, CA 91110 | | | | | 55,000.00 |
| PENN LITHO<br>c/o Ms. Jeanne L. Zimmer<br>5959 W. Century Blvd. Ste. 1214<br>Los Angeles, CA 90045 | | | | | 44,000.00 |
| Tax Collector Santa Clara County<br>70 West Hedding Street<br>6th Floor East Wing<br>San Jose, CA 95110-1767 | | | | | 40,000.00 |
| Colliers<br>c/o Todd A. Roberts<br>1001 Marshall St Ste. 300<br>Redwood City, CA 94063 | | | | | 36,000.00 |
| Birddog Solutions, Inc.<br>PO Box 540398<br>Ohmaha, 68154 | | | | | 35,000.00 |

In re Pacific Metro, LLC   Case No.
                Debtor       Chapter   11

| Name | | | | | Amount |
|---|---|---|---|---|---|
| De LaTorre Corp.<br>Daniel De LaTorre<br>4955 Phillips Blvd.<br>Ontario, CA 91762 | | | | | 35,000.00 |
| Hewlett-Packard Company<br>PO Box 60000 FILE 71195<br>San Francisco, CA 94160-1195 | | | | | 34,531.00 |
| JAMS<br>PO Box 512850<br>Los Angeles, CA 90051-0850 | | | | | 32,717.00 |
| Zoom Imaging<br>9816 Business Park Dr., Suite A<br>Sacramento, CA 98527 | | | | | 22,000.00 |
| Transportation Insight<br>PO Box 890702<br>Charlotte, NC 28289 | | | | | 20,000.00 |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, Robert C. Murray, Authorized Signatory of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  June 2, 2010        Signature:  */s/ Robert C. Murray*
                                        Robert C. Murray, Authorized Signatory
                                        (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571