JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
JENNY L. FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: jlfountain@murraylaw.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>**PACIFIC METRO, LLC**<br>A California Limited Liability Company,<br>fka The Thomas Kinkade Company,<br>LLC, fka Media Arts Group, Inc.<br><br>Debtor.<br><br>900 Lightpost Way<br>Morgan Hill, CA 95037<br><br>Employer Tax I.D. No.: 26-3534146 | Case No. 10-55788-RLE-11<br><br>Chapter 11 |

**STATEMENT OF CORPORATE OWNERSHIP**

COMES NOW Pacific Metro, LLC, a California limited liability company, the debtor and debtor in possession herein (the "Debtor"), who hereby files its statement of corporate ownership pursuant to Federal Rules of Bankruptcy Procedure 1007 (a)(1) and 7007.1.

All entities that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interests are set forth and described herein. The Debtor is wholly-owned by Windermere Holdings, LLC, a California limited liability company, which is wholly-owned by Lightpost Holdings, LLC, a California limited liability company.



Case: 10-55788 Doc# 3 Filed: 06/02/10 Entered: 06/02/10 14:58:01 Page 1 of 2

Dated: June 2, 2010

**PACIFIC METRO, LLC**

By: *_/s/ Robert C. Murray_*
Robert C. Murray
Vice President & General Counsel



Case: 10-55788 Doc# 3 Filed: 06/02/10 Entered: 06/02/10 14:58:01 Page 2 of 2