1  JOHN WALSHE MURRAY (074823)
   ROBERT A. FRANKLIN (091653)
2  JENNY L. FOUNTAIN (226241)
   MURRAY & MURRAY
3  A Professional Corporation
   19400 Stevens Creek Blvd., Suite 200
4  Cupertino, CA 95014-2548
   Telephone:  (650) 852-9000; (408) 907-9200
5  Facsimile:  (650) 852-9244
   Email:  jwmurray@murraylaw.com
6  Email:  rfranklin@murraylaw.com
   Email:  jlfountain@murraylaw.com
7
8  Attorneys for Debtor

9

10

11                **UNITED STATES BANKRUPTCY COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13                     **SAN JOSE DIVISION**

14 In re:                                  )
                                           )
15 **PACIFIC METRO, LLC**                   )
    A California Limited Liability Company,  )   Case No. 10-55788-RLE-11
16 fka The Thomas Kinkade Company,          )
    LLC, fka Media Arts Group, Inc.         )   Chapter 11
17                                          )
              Debtor.                       )
18                                          )
        900 Lightpost Way                   )
19      Morgan Hill, CA 95037               )
                                           )
20   Employer Tax I.D. No.: 26-3534146      )
                                           )

21              <u>**LIST OF EQUITY SECURITY HOLDERS**</u>

22          Pacific Metro, LLC, a California Limited Liability company, the debtor and debtor in

23 possession herein (the "<u>Debtor</u>"), hereby submits its List of Equity Security Holders attached hereto

24 as **Exhibit "A"** and by this reference incorporated herein.

25          I, Robert C. Murray, Authorized Signatory of the Debtor, do hereby declare under penalty of

26 perjury that to the best of my knowledge, information and belief, the attached List of Equity Security

27 Holders is a complete list of all of the Debtor's equity security holders as of the date of the

28 commencement of the within Chapter 11 case.

Dated: June 2, 2010

**PACIFIC METRO, LLC**

By /s/ *Robert C. Murray*
   Robert C. Murray
   Authorized Signatory

K:\Pacific Metro, LLC\Pld\Commencement\Equity Sec Cov.doc

2

LIST OF EQUITY SECURITY HOLDERS

# Exhibit "A"

United States Bankruptcy Court
Northern District of California

In re:  Pacific Metro, LLC

Case No.  10-55788-RLE-11

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Windermere Holdings, LLC<br>900 Lightpost Way<br>Morgan Hill, CA 95037 | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Robert C. Murray, Authorized Signatory of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  June 2, 2010

/s/ Robert C. Murray
**Robert C. Murray**
**Authorized Signatory**
**Pacific Metro, LLC**
Debtor

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.