JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
JENNY L. FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: jlfountain@murraylaw.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>**PACIFIC METRO, LLC**<br>A California Limited Liability Company,<br>fka The Thomas Kinkade Company,<br>LLC, fka Media Arts Group, Inc.<br><br>Debtor.<br><br>900 Lightpost Way<br>Morgan Hill, CA 95037<br><br>Employer Tax I.D. No.: 26-3534146 | Case No. 10-55788-RLE-11<br><br>Chapter 11 |

DECLARATION OF JOHN WALSHE MURRAY
RE COMPUTER GENERATED FORMS

I, John Walshe Murray, hereby declare:

1. I am an attorney licensed to practice before this court, and I am a shareholder of the firm of Murray & Murray, A Professional Corporation, counsel to the Debtor herein.

2. All of the pleadings filed in commencement of the Chapter 11 bankruptcy case substantially conform to the official forms prescribed by the Federal Rules of Bankruptcy Procedure.

I declare under penalty of perjury under the laws of the State of California that the foregoing

is true and correct to the best of my knowledge, information and belief.

Executed on June 2, 2010 at Cupertino, Santa Clara County, California.

**MURRAY & MURRAY**
A Professional Corporation


By: */s/ John Walshe Murray*
     John Walshe Murray
     Attorneys for Debtor