JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
JENNY L. FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: jlfountain@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**PACIFIC METRO, LLC**<br>A California Limited Liability Company,<br>fka The Thomas Kinkade Company,<br>LLC, fka Media Arts Group, Inc.<br><br>Debtor.<br><br>900 Lightpost Way<br>Morgan Hill, CA 95037<br><br>Employer Tax I.D. No.: 26-3534146 | Case No. 10-55788-RLE-11<br><br>Chapter 11 |

APPLICATION FOR ORDER APPOINTING RESPONSIBLE
INDIVIDUAL PURSUANT TO B.L.R. 4002-1

The Application of the above-named Debtor (hereinafter referred to as your "Applicant") respectfully represents:

1. On June 2, 2010, your Applicant filed its Voluntary Petition under Chapter 11 of the Bankruptcy Code.

2. Your Applicant wishes to appoint Robert C. Murray, the Authorized Signatory Counsel of the Debtor, whose business address is 900 Lighthouse Way, Morgan Hill, California 95037, telephone number (408) 201-5030, as the natural person to be responsible for the duties and

JWM:cc
S:\Pacific Metro, LLC\Bld\Commencement\ResPIndApp.doc
1
APPLICATION FOR ORDER APPOINTING RESPONSIBLE
INDIVIDUAL PURSUANT TO B.L.R. 4002-1

Case: 10-55788   Doc# 4   Filed: 06/02/10   Entered: 06/02/10 15:07:42   Page 1 of 2

1 | obligations of the Debtor herein.

2 | WHEREFORE, your Applicant prays that this Court enter its Order appointing Robert C. Murray, the Authorized Signatory of the Debtor, as the natural person to be responsible for the duties and obligations of the Debtor herein.

Dated: June 2, 2010

**PACIFIC METRO, LLC**

By: */s/ Robert C. Murray*
     Robert C. Murray
     Authorized Signatory