CRAIG H. MILLET, SBN 106027, CMillet@gibsondunn.com
SOLMAZ KRAUS, SBN 223117, SKraus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for secured creditor LPA PROPERTIES, L.P.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC METRO, LLC,<br>a California limited liability company, fka The Thomas Kinkade Company, LLC, fka Media Arts Group, Inc.,<br><br>Debtor | CASE NO. 10-55788-RLE<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>[No Hearing Required] |

TO THE CLERK OF THE COURT, DEBTOR'S COUNSEL, AND THOSE PARTIES ENTITLED TO NOTICE:

**PLEASE TAKE NOTICE** that LPA Properties, L.P., through its counsel, hereby enters its appearance and requests, pursuant to Rules 2002, 3018 and 9007 of the Federal Rules of Bankruptcy Procedure, that special notice of bankruptcy matters which may come before the Court concerning the above-captioned case be given to LPA Properties, L.P. as follows:

| | |
|---|---|
| Craig H. Millet<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive, Suite 1200<br>Irvine, California 92612<br>Fax No.: (949) 475-4651<br>Email: cmillet@gibsondunn.com | Solmaz Kraus<br>GIBSON, DUNN & CRUTCHER LLP<br>333 S. Grand Ave.<br>Los Angeles, CA 90071<br>Fax No.: (213) 229-6757<br>Email: skraus@gibsondunn.com |

This request includes the notices and papers referred to in Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petition, disclosure statements, pleadings or requests and any other documents brought before this Court in this case, whether formal or informal, *ex parte* or on notice, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: June 4, 2010

CRAIG H. MILLET
SOLMAZ KRAUS
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Solmaz Kraus
Solmaz Kraus

Attorneys for secured creditor LPA PROPERTIES, L.P.

100881249_1.DOC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3161 Michelson Drive, Irvine, CA 92612**

A true and correct copy of the foregoing document described **Notice of Appearance and Request for Special Notice** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 4, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

*John Walshe Murray on behalf of Debtor Pacific Metro, LLC*
*jwmurray@murraylaw.com, johnwalshemurray@hotmail.com*

*Office of the U.S. Trustee / SJ*
*USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com*

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **June 4, 2009** | **Pam Crawford** | /s/ Pam Crawford |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
**F 9013-3.1**

Case: 10-55788   Doc# 9   Filed: 06/04/10   Entered: 06/04/10 15:47:35   Page 3 of 3