Form NMD11

# UNITED STATES BANKRUPTCY COURT
*for the*
Northern District of California

| In re Debtor(s): | Case No.: 10−55788 RLE 11 |
|---|---|
| Pacific Metro, LLC<br>fka The Thomas Kinkade Company, LLC<br>fka Media Arts Group, Inc. | Chapter: 11 |

**ORDER AND NOTICE RE: FAILURE OF THE DEBTOR(S) TO FILE SCHEDULES, STATEMENTS, OTHER REQUIRED DOCUMENTS OR PAY FILING FEES
CHAPTER 11 DEBTOR**

According to the court's records, at the time of filing the Chapter 11 petition of the United States Bankruptcy Code on 6/2/10, it appears that the above−named debtor(s) did not file the required documents or pay the applicable filing fee as indicated below:

☐ Filing Fee of $1039.00

☐ Voluntary Petition

☐ List of Creditors Holding 20 Largest Unsecured Claims

☒ Summary of Schedules with signed declaration

☒ Schedules A−J **(Schedules C, I and J are not needed if the debtor is a corporation)**

☒ Statement of Financial Affairs

☒ Exhibit A, if debtor is a corporation

☐ List of Equity Security Holders, if debtor is a corporation

☐ Creditor Matrix Mailing List and Cover Sheet

☐ Statement of Social Security Number **(if individual)**

☐ Application to Pay Installments **(if individual)**

☐ Application and Order for the Designation of a Responsible Individual **(if corporation or partnership)**

☒ Attorney Disclosure Statement

☐ Other:

IT IS ORDERED that the debtor(s) file the documents or pay the filing fee as indicated above within 14 days of the date of filing of the petition for relief or an Order to Show Cause hearing will be scheduled.

Dated: <u>6/3/10</u>

By the Court:

Roger L. Efremsky
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: apie              Page 1 of 1              Date Rcvd: Jun 03, 2010
Case: 10-55788                Form ID: NMD11          Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 05, 2010.
db          Pacific Metro, LLC,   900 Lighthouse Way,   Morgan Hill, CA   95037

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2010**               Signature:    *Joseph Speetjens*