**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form UCC

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re: Pacific Metro, LLC | Case No.: 10–55788 RLE 11 |
|    fka   The Thomas Kinkade Company, LLC | Chapter: 11 |
|    fka   Media Arts Group, Inc. | |
|         Debtor(s) | |

**UNSECURED CREDITORS' COMMITTEE ACCEPTANCE/REJECTION FORM**

Under Title 11 U.S.C.1102, the U.S. Trustee is authorized to appoint a committee of creditors holding unsecured claims. A creditors' committee is authorized by this section to:

1. Employ an attorney or other professionals at the expense of the estate;
2. Investigate relevant matters;
3. Request appointment of a trustee/examiner;
4. Participate in the formation of a plan;
5. Perform other services that are in the committee's best interests.

This committee will ordinarily consist of persons willing to serve that hold the seven largest claims against the debtor of the kinds represented on such a committee. We are informed that you hold such a claim to be eligible for this committee.

The early formation of this committee is important to the administration of the case. To assist us in forming this committee, please complete this form and return to the address below, as soon as possible.

```
        CREDITOR'S NAME:

        ADDRESS:

        CITY:                              STATE:            ZIP:

        PHONE: (    )                      FAX: (    )

        AMOUNT OF UNSECURED CLAIM:      $

        Willingness to serve?    _____Yes    _____No
        If willing to serve:

        I hereby certify that I am an unsecured creditor and that I am not
        an "insider" as defined in 11 U.S.C. §§101.


        SIGNED: _____    DATED:

        PRINT NAME OF INDIVIDUAL:
        TITLE/POSITION WITHIN CREDITOR:
```

Note: Return of this form does not constitute the filing of a proof of claim pursuant to 11 U.S.C. §§501.

Return to:    Office of the United States Trustee
                280 South First Street, Room 268
                San Jose, CA 95113

Dated: 6/3/10                                      For the Court:

                                                            Gloria L. Franklin
                                                            Clerk of Court
                                                            United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0971-5           User: apie                  Page 1 of 1                Date Rcvd: Jun 03, 2010
Case: 10-55788                 Form ID: UCC                Total Noticed: 21

The following entities were noticed by first class mail on Jun 05, 2010.
db            Pacific Metro, LLC,    900 Lighthouse Way,    Morgan Hill, CA  95037
10983787     +Birddog Solutions, Inc.,   PO Box 540398,    Ohmaha, 68154-0398
10981175     +California State Board Of Equalization,    PO Box 942879,    Sacramento, CA 94279-0001
10981181     +Capital Corrugated,    Attn.: Rick Palmer,    8333 24Th Avenue,    Sacramento, CA 95826-4809
10983774     +Colliers,   c/o Todd A. Roberts,    1001 Marshall St Ste. 300,    Redwood City, CA 94063-2052
10981994     +David White and Nancy White,    Lighthouse Galleries, LLC,    c/o Cohen, Lerne & Rabinovitz PC,
               26862 Woodward Avenue, Suite 200,    Royal Oak MI 48067-0959
10981256     +De LaTorre Corp.,    Daniel De LaTorre,    4955 Phillips Blvd,    Ontario, CA 91762-4546
10981273     +Delgado Brothers,    Antonio / Mina,    647 E 59Th Street,    Los Angeles, CA 90001-1001
10981356     +Flextronics,    Flextronics International Usa, Inc,    2090 Fortune Drive,
               San Jose, CA 95131-1823
10981358      Foley & Lardner, LLP,    555 South Flower Street,    Suite 3500,    Los Angeles, CA 90071-2411
10981465      Hewlett-Packard Company,    PO Box 60000 File 71195,    San Francisco, CA 94160-1195
10981497      Jams,    PO Box 512850,    Los Angeles, CA 90051-0850
10981517     +Karen Hazelwood and Jeff Spinello,    Norman Yatooma And Associates,    Norman Yatooma,
               219 Elm Street,    Birmingham MI 48009-6341
10981568     +Lionsgate,   c/o JP Morgan Chase,    Lockbox Processing, #29161,    4 Chase Metrotech Center,
               7TH FL. East,    Brooklyn, NY 11245-0003
10983772     +PENN LITHO,    c/o Ms. Jeanne L. Zimmer,    5959 W. Century Blvd. Ste. 1214,
               Los Angeles, CA 90045-6513
10981845     +TBI - Madrone I, LLC,    1960 The Alameda Ste 20,    San Jose, CA 95126-1441
10981846     +TBI - Mission West, LLC,    1960 The Alameda Ste 20,    San Jose, CA 95126-1441
10981843      Tax Collector Santa Clara County,    70 West Hedding St,    6Th Floor East Wing,
               San Jose, CA 95110-1767
10981938      Transportation Insight, LLC,    PO Box 890702,    Charlotte, NC 28289-0702
10982017     +Zoom Imaging Solutions Inc,    9816 Business Park Dr #A,    Sacramento, CA 95827-1740

The following entities were noticed by electronic transmission on Jun 03, 2010.
10981407      E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2010 02:43:44     GE Capital,    PO Box 31001 0802,
               Pasadena, CA 91110-0802
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 05, 2010**          Signature:     *Joseph Speetjens*