The following constitutes
the order of the court. Signed June 02, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
JENNY L. FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: jlfountain@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

**PACIFIC METRO, LLC**
A California Limited Liability Company,
fka The Thomas Kinkade Company,
LLC, fka Media Arts Group, Inc.

Debtor.

900 Lightpost Way
Morgan Hill, CA 95037

Employer Tax I.D. No.: 26-3534146

Case No. 10-55788-RLE-11

Chapter 11

ORDER APPOINTING RESPONSIBLE INDIVIDUAL PURSUANT TO B.L.R. 4002-1

Upon review of the APPLICATION FOR ORDER APPOINTING RESPONSIBLE INDIVIDUAL PURSUANT TO B.L.R. 4002-1 submitted by the Debtor herein and good cause appearing therefor;

IT IS HEREBY ORDERED that Robert C. Murray, the Authorized Signatory of the Debtor, whose business address is 900 Lighthouse Way, Morgan Hill, California 95037, telephone number (408) 201-5090, be appointed as the natural person to be responsible for the duties and obligations of the Debtor herein pursuant to B.L.R. 4002-1 of the Local Bankruptcy Rules for the Northern District of California.

**END OF ORDER**

**COURT SERVICE LIST**

*Debtor*
Pacific Metro, LLC
A California Limited Liability Company
900 Lightpost Way
Morgan Hill, CA 95037

# CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: apie              Page 1 of 1              Date Rcvd: Jun 03, 2010
Case: 10-55788                Form ID: pdfeoc         Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 05, 2010.
```
db              Pacific Metro, LLC,    900 Lighthouse Way,    Morgan Hill, CA   95037
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2010                    Signature:    /s/ Joseph Speetjens