JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
LAURENT CHEN (191661)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: lchen@murraylaw.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

In re:

**PACIFIC METRO, LLC**
A California Limited Liability Company,
fka The Thomas Kinkade Company,
LLC, fka Media Arts Group, Inc.

Debtor.

900 Lightpost Way
Morgan Hill, CA 95037

Employer Tax I.D. No.: 26-3534146

Case No. 10-55788-RLE-11

Chapter 11

*[No hearing required]*

**EX PARTE MOTION BY DEBTOR FOR ORDER AUTHORIZING EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

TO: THE HONORABLE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY JUDGE; THE UNITED STATES TRUSTEE; AND OTHER PARTIES IN INTEREST:

The debtor and debtor in possession in the above-captioned bankruptcy case, Pacific Metro, LLC (the "Debtor"), hereby moves the Court for an order authorizing the extension of time to file the Debtor's Schedules and Statement of Financial Affairs for an additional twelve (12) days, through and including June 28, 2010, to provide the Debtor with sufficient time to compile all necessary information to provide comprehensive disclosures in its Schedules and Statement of

Case: 10-55788    Doc# 23    Filed: 06/08/10    Entered: 06/08/10 15:38:36    Page 1 of 4

1    EX PARTE MOTION BY DEBTOR FOR ORDER AUTHORIZING EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

Financial Affairs (the "Extension Motion").

The Extension Motion is based on the points and authorities below and the OMNIBUS DECLARATION OF FRANK TERUEL IN SUPPORT OF FIRST DAY MOTIONS filed concurrently herewith.

In support of the Extension Motion, the Debtor respectfully represents as follows:

## I. INTRODUCTION

1. On June 2, 2010 (the "Petition Date"), the Debtor filed its voluntary petition under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"). The Debtor is operating its business as a debtor in possession pursuant to the provisions of 11 U.S.C. §§ 1107 and 1108.

2. No official committee of unsecured creditors has yet been appointed in this case.

3. The Section 341 meeting of creditors is scheduled for June 30, 2010.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The statutory predicates for relief sought herein are Federal Rule of Bankruptcy Procedure ("F.R.B.P.") 1007 and 11 U.S.C. § 105(a). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. SUMMARY OF RELIEF SOUGHT

5. Pursuant to F.R.B.P. 1007(c), the Debtor is required to file its Schedules and Statement of Financial Affairs within fourteen (14) days after the Petition Date. The Schedules and Statement of Financial Affairs are presently required to be filed by no later than June 16, 2010. By this Extension Motion, the Debtor seeks authority from this Court to extend the time limitations for an additional twelve (12) days, thus extending the filing deadline to June 28, 2010.

## III. BACKGROUND SUMMARY

6. A detailed discussion of the Debtor's history, description of its business, its assets and liabilities, and the events that led to the need for bankruptcy relief are set forth in the Debtor's MOTION FOR INTERIM AND FINAL ORDERS (1) AUTHORIZING POST-PETITION FINANCING; (2) AUTHORIZING USE OF CASH COLLATERAL; (3) GRANTING ADEQUATE PROTECTION; (4) MODIFYING AUTOMATIC STAY; AND (5) GRANTING RELATED RELIEF and the OMNIBUS DECLARATION OF FRANK TERUEL IN SUPPORT OF FIRST DAY MOTIONS ("Omnibus Declaration") filed concurrently therewith and incorporated herein by reference.

## IV. ARGUMENT

**A. CAUSE EXISTS TO GRANT THE DEBTOR AN EXTENSION OF TIME TO FILE ITS SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS.**

7. F.R.B.P. 1007(c) requires that the Debtor file its Schedules and Statement of Financial Affairs with the Court within fourteen (14) days following the filing of the Debtor's Voluntary Petition. The Debtor's bankruptcy case was filed on June 2, 2010, and accordingly, the Schedules and Statement of Financial Affairs are due on or before June 16, 2010.

8. The Debtor respectfully requests an extension of time of twelve (12) days to allow it to file its Schedules and Statement of Financial Affairs by no later than June 28, 2010. F.R.B.P. 1007(c) provides in pertinent part:

> [A]ny extension of time to file schedules, statements, and other documents required under this rule may be granted only on motion for cause shown and on notice to the United States trustee, any committee elected under § 705 or appointed under § 1102 of the Code, trustee, examiner, or other party as the court may direct. Notice of an extension shall be given to the United States trustee and to any committee, trustee, or other party as the court may direct.

The relief requested herein is also within the purview of 11 U.S.C. § 105(a) that permits the Court to enter an order necessary or appropriate to carry out the provisions of the Bankruptcy Code.

9. The Debtor respectfully represents that cause exists for an extension. While the Debtor is working diligently to assemble the information needed to complete its Schedules and Statement of Financial Affairs, the considerable amount of information necessary to provide a complete perspective of the Debtor's financial situation will require significant effort and more time than is provided by F.R.C.P. 1007(c).

10. As set forth in the Omnibus Declaration, the Debtor is a private company wholly owned by Windermere Holdings, LLC, which is wholly owned by Lightpost Holdings, LLC, which is wholly owned by the Kinkade Family Trust. The Debtor has two wholly-owned subsidiaries, Pacific Metro International, LLC and Pacific Metro Retail, Inc.

11. As of the Petition Date, the Debtor had $1,233.00 in cash, $2,936,367 in net realizable accounts receivable, $6,444,543 in net inventory value and other assets, collectively aggregating $14,527,578 in total assets. In addition to the amounts owed to the secured Lender in

the approximate amount of $4,226,000, which the Lender asserts are secured by all of the Debtor's assets, the Debtor's liabilities consist of accounts payable, accrued liabilities and other obligations aggregating $19,018,976.

12. The Debtor has numerous contracts and approximately one thousand creditors that will require review.

13. The Debtor is aware of no prejudice to any creditor or other party in interest caused by the requested extension. Counsel for the Debtor has informed the Office of the United States Trustee ("<u>OUST</u>") of its intent to seek this extension. The requested extension for filing of the Debtor's Schedules and Statement of Financial Affairs will still allow the OUST and parties in interest sufficient time to review the Debtor's disclosures prior to the scheduled meeting of creditors. Accordingly, the interests of creditors and parties in interest will not be prejudiced. Based on the foregoing, the Debtor believes that cause exists to extend the time to file its Schedules and Statement of Financial Affairs.

**WHEREFORE**, the Debtor prays that this Court enter an Order:

1. Granting this Extension Motion;

2. Extending the deadline for the Debtor to file its Schedules and Statement of Financial Affairs by twelve (12) days, such that the Debtor's Schedules and Statement of Financial Affairs will be filed by no later than June 28, 2010; and

3. For such other relief as the Court deems just and proper.

Dated: June 8, 2010                  **MURRAY & MURRAY**
A Professional Corporation

By: */s/ Laurent Chen*
     Laurent Chen
     Attorneys for Debtor