JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
LAURENT CHEN (191661)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: lchen@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:

**PACIFIC METRO, LLC**
A California Limited Liability Company,
fka The Thomas Kinkade Company,
LLC, fka Media Arts Group, Inc.

Debtor.

900 Lightpost Way
Morgan Hill, CA 95037

Employer Tax I.D. No.: 26-3534146

Case No. 10-55788-RLE-11

Chapter 11

Date: June 14, 2010
Time: 1:00 p.m.
Place: United States Bankruptcy Court
280 S. First St., Room 3099
San Jose, CA 95113
Judge: Honorable Roger L. Efremsky

NOTICE OF HEARING ON FIRST DAY MOTIONS

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE; AND (II) THE CREDITORS HOLDING THE 20 LARGEST CLAIMS IN THE CASE; AND (III) OTHER PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that pursuant to an order shortening time, a hearing will be held on **June 14, 2010, at 1:00 p.m.**, or as soon thereafter as the matter may be heard, and will take place at the United States Bankruptcy Court, 280 South First Street, Room 3099, San Jose, California 95113, before the Honorable Roger L. Efremsky, United States Bankruptcy Judge, to consider the following motions (collectively the "First Day Motions") filed by Pacific Metro, LLC, the debtor and debtor in possession (the "Debtor"), in the above-captioned bankruptcy case:

| | |
|---|---|
| 1 | MOTION FOR INTERIM AND FINAL ORDERS (1) AUTHORIZING POST-PETITION FINANCING; (2) AUTHORIZING USE OF CASH COLLATERAL; (3) GRANTING ADEQUATE PROTECTION; (4) MODIFYING AUTOMATIC STAY; AND (5) GRANTING RELATED RELIEF (the "Cash Collateral Motion") |

MOTION FOR ORDER AUTHORIZING THE DEBTOR TO HONOR PRE-PETITION WAGES AND EMPLOYEE OBLIGATIONS (the "Employee Benefit Motion")

MOTION FOR ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT (the "Utilities Motion").

MOTION FOR ORDER UNDER SECTIONS 105 AND 365(a) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTOR TO REJECT NONRESIDENTIAL REAL PROPERTY LEASES AS OF THE PETITION DATE AND ESTABLISH BAR DATE FOR LEASE REJECTION CLAIM (the "Rejection Motion")

**NOTICE IS HEREBY FURTHER GIVEN** that any person wishing to oppose any of the First Day Motions may present such opposition orally at the hearing.

Dated: June 9, 2010

**MURRAY & MURRAY**
A Professional Corporation

By: */s/ Laurent Chen*
Laurent Chen
Attorneys for Debtors