JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
LAURENT CHEN (191661)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: lchen@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

**PACIFIC METRO, LLC**
A California Limited Liability Company,
fka The Thomas Kinkade Company,
LLC, fka Media Arts Group, Inc.

    Debtor.

900 Lightpost Way
Morgan Hill, CA 95037

Employer Tax I.D. No.: 26-3534146

Case No. 10-55788-RLE-11

Chapter 11

[*No hearing required*]

## NOTICE OF ENTRY OF ORDER LIMITING NOTICE

**TO: THE UNITED STATES TRUSTEE, ALL CREDITORS AND OTHER PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that on June 8, 2010, the United States Bankruptcy Court entered its ORDER LIMITING NOTICE ("Order") in this case. The Order provides that notice shall be limited to the following persons/entities which constitute the Limited Notice List:

1. The natural person responsible for the duties and obligations of the Debtor pursuant to B.L.R. 4002-1 of the Local Bankruptcy Rules for the Northern District of California;

NOTICE OF ENTRY OF ORDER LIMITING NOTICE

2. Any official Court appointed Committee of Unsecured Creditors and its counsel;

3. All secured creditors;

4. All creditors listed on the Debtor's List of Creditors Holding 20 Largest Unsecured Claims;

5. The Office of the United States Trustee in San Jose, California;

6. Parties affected by the particular Motion; and

7. Any party in interest who serves on the Debtor's counsel and files with the Clerk of the Court a request for special notice.

Any person or party in interest that does not currently fall within the above-described Limited Notice List and that desires to be added to the Limited Notice List and receive notice of all future pleadings in this case must file with the United States Bankruptcy Court, 280 South First Street, Room 3035, San Jose, California 95113-3099 and serve on the Debtor's counsel, John Walshe Murray, Murray & Murray, A Professional Corporation, 19400 Stevens Creek Blvd., Suite 200, Cupertino, California 95014, a request for special notice, which shall specify the person's name and address for notice purposes.

Dated: June 10, 2010

**MURRAY & MURRAY**
A Professional Corporation

By: */s/ Laurent Chen*
    Laurent Chen
    Attorneys for Debtor