The following constitutes
the order of the court. Signed June 08, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
LAURENT CHEN (191661)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: lchen@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

**PACIFIC METRO, LLC**
A California Limited Liability Company,
fka The Thomas Kinkade Company,
LLC, fka Media Arts Group, Inc.

  Debtor.

900 Lightpost Way
Morgan Hill, CA 95037

Employer Tax I.D. No.: 26-3534146

Case No. 10-55788-RLE-11

Chapter 11

*[No hearing required]*

## ORDER LIMITING NOTICE

The EX PARTE MOTION FOR ORDER LIMITING NOTICE ("Motion") of Pacific Metro, LLC, the debtor and debtor in possession herein (the "Debtor"), in the above-captioned bankruptcy case came before this Court on an ex parte basis. The Court, having reviewed the Motion, finding that notice of the Motion is unnecessary under the particular circumstances, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. All notices required to be given pursuant to Federal Rule of Bankruptcy Procedure ("F.R.B.P.") 2002(a)(2), (3) and (6), and any other such notices as are required to be given with

respect to the administration of this case, exclusive of the notices contemplated in F.R.B.P. 2002(a)(1), (4), (5), (7), (8) and (b), shall be limited to the following:

    a) The natural person responsible for the duties and obligations of the Debtor pursuant to B.L.R. 4002-1 of the Local Bankruptcy Rules for the Northern District of California;

    b) Any Official Committee of Unsecured Creditors and its counsel;

    c) All secured creditors;

    d) All creditors listed on the Debtor's List of Creditors Holding 20 Largest Unsecured Claims;

    e) The Office of the United States Trustee in San Jose, California;

    f) Parties affected by the particular Motion; and

    g) Any party in interest who serves on the Debtor's counsel and files with the Clerk of the Court a request for special notice.

2. The NOTICE OF ENTRY OF ORDER in substantially the form attached as <u>Exhibit "A"</u> to the Motion is approved, and the Debtor is directed to serve the Notice on all parties in interest, including parties on the Debtor's Creditor Matrix and those parties who have filed a request for special notice.

**\*\*END OF ORDER\*\***

LC
K:\Pacific Metro, LLC\Pld\Mot Ltd Not\Mot Ltd Ntc Ord.docx

2

ORDER LIMITING NOTICE

Case: 10-55788    Doc# 39    Filed: 06/10/10    Entered: 06/10/10 21:43:51    Page 2 of 4

## Court Service List

**Debtor**
Robert C. Murray
Pacific Metro, LLC
900 Lighthouse Way
Morgan Hill, CA  95037

**U.S. Trustee**
Office of the U.S. Trustee
U.S. Federal Building
280 S. First Street, #268
San Jose, CA  95113-3004

**Attorneys for Debtor**
John Walshe Murray
Robert A. Franklin
Murray & Murray
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA  95014-2548

Case: 10-55788    Doc# 39    Filed: 06/10/10    Entered: 06/10/10 21:43:51    Page 3 of 4

# CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: apie              Page 1 of 1              Date Rcvd: Jun 08, 2010
Case: 10-55788                Form ID: pdfeoc         Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 10, 2010.
rspi          Robert C. Murray,   900 Lighthouse Way,   Morgan Hill, CA  95037

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2010                     Signature:    *Joseph Speetjens*