JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
JENNY L. FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: jlfountain@murraylaw.com

The following constitutes
the order of the court. Signed June 09, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

**PACIFIC METRO, LLC**
A California Limited Liability Company,
fka The Thomas Kinkade Company,
LLC, fka Media Arts Group, Inc.

    Debtor.

900 Lightpost Way
Morgan Hill, CA 95037

Employer Tax I.D. No.: 26-3534146

Case No. 10-55788-RLE-11

Chapter 11

[*No hearing required*]

## ORDER SHORTENING TIME FOR HEARING ON FIRST DAY MOTIONS

The Court having considered the EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON FIRST DAY MOTIONS (the "Ex Parte Motion") filed by Pacific Metro, LLC, the debtor and debtor in possession (the "Debtor"), seeking a hearing on the following motions (the "First Day Motions") filed by the Debtor in this case:

    MOTION FOR INTERIM AND FINAL ORDERS (1) AUTHORIZING POST-PETITION FINANCING; (2) AUTHORIZING USE OF CASH COLLATERAL; (3) GRANTING ADEQUATE PROTECTION; (4) MODIFYING AUTOMATIC STAY; AND (5) GRANTING RELATED RELIEF

(the "Cash Collateral Motion")

MOTION FOR ORDER AUTHORIZING THE DEBTOR TO HONOR PRE-PETITION WAGES AND EMPLOYEE OBLIGATIONS (the "Employee Benefit Motion")

MOTION FOR ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT (the "Utilities Motion").

MOTION FOR ORDER UNDER SECTIONS 105 AND 365(a) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTOR TO REJECT NONRESIDENTIAL REAL PROPERTY LEASES AS OF THE PETITION DATE AND ESTABLISH BAR DATE FOR LEASE REJECTION CLAIM (the "Rejection Motion")

finding that notice of the Ex Parte Motion is unnecessary under the circumstances, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Ex Parte Motion is GRANTED;

2. The hearing on the First Day Motions is scheduled for June 14, 2010 at 1:00 p.m.;

3. Service of notice of the hearing on the First Day Motions as required by the ORDER LIMITING NOTICE shall constitute adequate notice under the circumstances;

4. Debtor shall serve on or before June 9, 2010, the NOTICE OF HEARING ON FIRST DAY MOTIONS (the "Notice"), the First Day Motions and the Omnibus Declaration on the United States Trustee; the List of Creditors Holding 20 Largest Unsecured Claims; and LPA via overnight mail; (ii) the Debtor serves on or before June 9, 2010, the Notice, the Utilities Motion and the Omnibus Declaration on the Utility Companies via overnight mail; and (iii) the Debtor serves on or before June 9, 2010, the Notice, the Rejection Motion and the Omnibus Declaration on the Landlord and Flextronics via overnight mail; and

4. Any opposition to the First Day Motions may be raised at the time of the hearing.

**\*\*END OF ORDER\*\***

## Court Service List

**Debtor**
Robert C. Murray
Pacific Metro, LLC
900 Lightpost Way
Morgan Hill, CA  95037

**Attorneys for Debtor**
John Walshe Murray
Robert A. Franklin
Murray & Murray
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA  95014-2548

# CERTIFICATE OF NOTICE

```
District/off: 0971-5           User: apie              Page 1 of 1                Date Rcvd: Jun 09, 2010
Case: 10-55788                 Form ID: pdfeoc         Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 11, 2010.
```
rspi           Robert C. Murray,    900 Lighthouse Way,    Morgan Hill, CA   95037
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 11, 2010**                              Signature:  *Joseph Speetjens*