JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
LAURENT CHEN (191661)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: lchen@murraylaw.com

The following constitutes
the order of the court. Signed June 08, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

**PACIFIC METRO, LLC**
A California Limited Liability Company,
fka The Thomas Kinkade Company,
LLC, fka Media Arts Group, Inc.

Debtor.

900 Lightpost Way
Morgan Hill, CA 95037

Employer Tax I.D. No.: 26-3534146

Case No. 10-55788-RLE-11

Chapter 11

[*No hearing required*]

**ORDER AUTHORIZING EXTENSION OF TIME
TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

The debtor and debtor in possession in the above-captioned bankruptcy case, Pacific Metro, LLC (the "Debtor"), having filed its EX PARTE MOTION BY DEBTOR FOR ORDER AUTHORIZING EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS (the "Extension Motion") requesting an order extending the time to file its Schedules and Statement of Financial Affairs for an additional twelve (12) days, through and including June 28, 2010; the Court having reviewed the Extension Motion and finding that a hearing on the Extension Motion is unnecessary under the circumstances; and good cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Extension Motion is GRANTED; and

2. The deadline for the Debtor to file its Schedules and Statement of Financial Affairs is extended by twelve (12) days, such that the Debtor's Schedules and Statement of Financial Affairs are to be filed by no later than June 28, 2010.

**\*\* END OF ORDER \*\***

## Court Service List

**Debtor**
Robert C. Murray
Pacific Metro, LLC
900 Lighthouse Way
Morgan Hill, CA 95037

**U.S. Trustee**
John Wesolowski
Office of the U.S. Trustee
U.S. Federal Building
280 S. First Street, #268
San Jose, CA 95113-3004

**Attorneys for Debtor**
John Walshe Murray
Robert A. Franklin
Murray & Murray
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548

# CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: apie              Page 1 of 1              Date Rcvd: Jun 09, 2010
Case: 10-55788                Form ID: pdfeoc         Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 11, 2010.
```
rspi          Robert C. Murray,   900 Lighthouse Way,   Morgan Hill, CA   95037
```

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 11, 2010**           **Signature:** _Joseph Speetjens_