JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
THOMAS T. HWANG (218678)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: thwang@murraylaw.com

The following constitutes
the order of the court. Signed June 09, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

**PACIFIC METRO, LLC**
A California Limited Liability Company,
fka The Thomas Kinkade Company,
LLC, fka Media Arts Group, Inc.

Debtor.

900 Lightpost Way
Morgan Hill, CA 95037

Employer Tax I.D. No.: 26-3534146

Case No. 10-55788-RLE-11

Chapter 11

*[No hearing required]*

## ORDER APPOINTING THE GARDEN CITY GROUP, INC. AS NOTICING AND CLAIMS AGENT
## (28 U.S.C. § 156(c))

Upon the EX PARTE APPLICATION FOR ORDER APPOINTING THE GARDEN CITY GROUP, INC. AS NOTICING AND CLAIMS AGENT (28 U.S.C. § 156(c)) (the "Application") of Pacific Metro, LLC, a California Limited Liability Company, the debtor and debtor in possession in the above-captioned bankruptcy case (the "Debtor") seeking to appoint The Garden City Group, Inc. ("GCG") as noticing and claims agent pursuant to 28 U.S.C. § 156(c); it appearing that notice or hearing on said Application is unnecessary, no adverse interests having been represented; and the Court being satisfied that GCG represents no adverse interests to the Debtor or its estate and that its employment

Case: 10-55788    Doc# 43    Filed: 06/11/10    Entered: 06/11/10 21:56:50    Page 1 of 4

is necessary and in the best interest of the bankruptcy estate; and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.    The Application is approved;

2.    Pursuant to 28 U.S.C. § 156(c), GCG is appointed as noticing and claims agent to perform services in accordance with the Application and such other administrative services as the Debtor deems necessary;

3.    The Clerk is directed to release all filed claims directly to GCG;

4.    All claims shall be filed with GCG at the address designated by GCG; and

5.    Subject to the entry of any necessary order for the use of cash collateral, the Debtor is authorized to compensate GCG in the ordinary course consistent with the terms of the Application without need for further notice or order of the Court.

**END OF ORDER**

1

## Court Service List

2 **Debtor**
Robert C. Murray
3 Pacific Metro, LLC
900 Lightpost Way
4 Morgan Hill, CA  95037

5
**Office of the United States Trustee**
6 (Service by Electronic filing)

7 **Counsel for Secured Creditor LPA Properties, L.P.**
Craig H. Millet
8 Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Suite 1200
9 Irvine, California 92612

10
**Counsel for Secured Creditor LPA Properties, L.P.**
11 Solmaz Kraus
Gibson, Dunn & Crutcher LLP
12 333 S. Grand Ave.
Los Angeles, CA 90071
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 10-55788     Doc# 43     Filed: 06/11/10     Entered: 06/11/10 21:56:50     Page 3 of 4

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Jun 11, 2010.
rspi          Robert C. Murray,    900 Lighthouse Way,    Morgan Hill, CA  95037

The following entities were noticed by electronic transmission.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 11, 2010**                    **Signature:**    _Joseph Speetjens_