EDWINA E. DOWELL, # 149059
Assistant U.S. Trustee
NANETTE DUMAS, #148261
JOHN S. WESOLOWSKI, # 127007
EMILY S. KELLER, #264983
Office of the United States Trustee
280 S. First Street, Suite 268
San Jose, CA 95113-0002
Telephone: (408) 535-5525
Fax: (408) 535-5532

Attorneys for Sara L. Kistler
Acting United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>PACIFIC METRO, LLC<br>fka THE THOMAS KINKADE COMPANY, LLC, and fka Media fka MEDIA ARTS GROUP, INC.<br>               Debtor. | Case No. 10-55788 RLE<br><br>Chapter 11 |

**APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

Pursuant to sections 1102(a) and 1102(b)(1) of the Bankruptcy Code, the following creditors of the above-named debtor being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

1. Jeff Spinello
   4 Lewis Court
   Palmyra, VA 22963        Phone: (434) 589-6455/Fax:NA
   E-mail: KD6WVA@aol.com

2. Flextronics Int'l.
   Attention: Paul W. Anderson
   847 Gibraltar Dr.
   Milpitas, CA 95035        Phone: (408) 576-6981/Fax: (408) 678-9271
   E-mail: Paul.Anderson@flextronics.com

3. TBI-Mission West, LLC
   Attention: Steve Hallgrimson
   1960 The Alameda, Suite 20
   San Jose, CA 95126        Phone: (408) 938-2561/Fax: (408) 998-5388
   E-mail: Steven.Hallgrimson@berliner.com

///

| | | |
|---|---|---|
| 4. | DeLaTorre Corp.<br>Attention: Daniel DeLaTorre<br>4955 W. Phillips Blvd.<br>Ontario, CA 91762 | Phone: (909) 628-1096/Fax: (909) 628-1291<br>E-mail: Delatorre_Corp@Prodigy.net |
| 5. | Zoom Imaging Solutions, Inc.<br>Attention: Jill M . Jurevich<br>200 S. Harding Blvd.<br>Roseville, CA 95678 | Phone: (916) 369-6526/Fax: (916) 363-5093<br>E-mail: JillJ@Zoomcopiers.com |

Dated: June 17, 2010                    Respectfully submitted,

  /s/ John S. Wesolowski
John S. Wesolowski
Attorney for United States Trustee