COOLEY LLP
KEITH A. McDANIELS (189213)
GREGG S. KLEINER (141311)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: kmcdaniels@cooley.com and kleinergs@cooley.com

Proposed Counsel for
THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| PACIFIC METRO, LLC, a California Limited Liability Company, fka The Thomas Kinkade Company, LLC, fka Media Arts Group, Inc. | Case No. 10-55788 |
| | **REQUEST FOR NOTICE** |
| Debtor. | |

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(g) and (i), 3017(a), and 9010(b), the OFFICIAL COMMITTEE OF UNSECURED CREDITORS appointed in the Pacific Metro, LLC's Chapter 11 bankruptcy proceeding (hereinafter "CREDITORS' COMMITTEE"), hereby appears as an interested party, and hereby requests the Clerk of the above Court, the Debtor, Debtor's Counsel, and all other interested parties, to give notice to the CREDITORS' COMMITTEE regarding all matters within the scope of Bankruptcy Rules 2002(a), (b), (e), (f), (i), and to provide copies of all documents, including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents brought before the Court in this case or required to be sent under the Bankruptcy Rules, the Local Rules or the practices of this Court, by sending such notices and documents to the CREDITORS' COMMITTEE at the following address:

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1184854 v1/SF

1.

**REQUEST FOR NOTICE
CASE NO. 10-55788**

Case: 10-55788    Doc# 64    Filed: 06/24/10    Entered: 06/24/10 13:15:04    Page 1 of 4

| | |
|---|---|
| | Official Committee of Unsecured Creditors<br>c/o Keith A. McDaniels<br>Cooley LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800 |
| Dated: June 24, 2010 | COOLEY LLP |
| | By: /s/ Keith A. McDaniels<br>Keith A. McDaniels |
| | Proposed Counsel for<br>OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1184854 v1/SF

2.

**REQUEST FOR NOTICE
CASE NO. 10-55788**

Case: 10-55788   Doc# 64   Filed: 06/24/10   Entered: 06/24/10 13:15:04   Page 2 of 4

# PROOF OF SERVICE

I, Kris Tsao Cachia, hereby declare:

I am employed in the City of San Francisco, County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800.

On June 24, 2010, I served the foregoing document(s) described as:

**REQUEST FOR NOTICE**

on the interested parties in this action by placing a true copy(ies) thereof, on the above date, enclosed in sealed envelopes for service and prepared for processing as described below, and addressed and served in the manner indicated on the attached service list.

__XX__ (BY FIRST CLASS MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

* * * * * * *

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 24, 2010 at San Francisco, California.

/s/ Kris Tsao Cachia
Kris Tsao Cachia

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1184854 v1/SF

3.

**PROOF OF SERVICE**
**CASE NO. 10-55788**

Case: 10-55788   Doc# 64   Filed: 06/24/10   Entered: 06/24/10 13:15:04   Page 3 of 4

| | |
|---|---|
| *Debtor* <br> Pacific Metro, LLC <br> Attn: Robert C. Murray <br> 900 Lightpost Way <br> Morgan Hill, CA 95037 | *Request for Notice Parties* <br><br> *Counsel for Secured Creditor* <br> *LPA Properties, L.P.* <br> Craig H. Millet <br> Gibson, Dunn & Crutcher LLP <br> 3161 Michelson Drive, Suite 1200 <br> Irvine, California 92612 |
| *Debtor's Counsel* <br> John Walshe Murray <br> Robert A. Franklin <br> Laurent Chen <br> Murray & Murray, P.C. <br> 19400 Stevens Creek Blvd., Suite 200 <br> Cupertino, CA 95014-2548 | Solmaz Kraus <br> Gibson, Dunn & Crutcher LLP <br> 333 S. Grand Ave. <br> Los Angeles, CA 90071 |
| *U.S. Trustee* <br> John Wesolowski <br> Office of the U.S. Trustee <br> 280 S. First Street, #268 <br> San Jose, CA 95113-3004 | IBM Corporation <br> Attn: Vicky Namken <br> 13800 Diplomat Dr <br> Dallas, TX 75234 |
| *Creditors Committee Members* <br> Jeff Spinello <br> 4 Lewis Court <br> Palmyra, VA 22963 | |
| Flextronics Int'l. <br> Attn: Paul W. Anderson <br> 847 Gibraltar Dr. <br> Milpitas, CA 95035 | |
| TBI-Mission West, LLC <br> Attn: Steve Hallgrimson <br> 1960 The Alameda, Suite 20 <br> San Jose, CA 95126 | |
| DeLaTorre Corp. <br> Attn: Daniel DeLaTorre <br> 4955 W. Phillips Blvd. <br> Ontario, CA 91762 | |
| Zoom Imaging Solutions, Inc. <br> Attn: Jill M. Jurevich <br> 200 S. Harding Blvd. <br> Roseville, CA 95678 | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1184854 v1/SF

4.

**PROOF OF SERVICE**
**CASE NO. 10-55788**

Case: 10-55788  Doc# 64  Filed: 06/24/10  Entered: 06/24/10 13:15:04  Page 4 of 4