COOLEY LLP
KEITH A. McDANIELS (189213)
GREGG S. KLEINER (141311)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: kmcdaniels@cooley.com
gkleiner@cooley.com

Proposed Counsel for
The Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC METRO, LLC, a California limited liability company, fka The Thomas Kinkade Company, LLC, fka Media Arts Group, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 10-55788-RLE-11<br><br>**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER TO EMPLOY COOLEY LLP AS COUNSEL** *NUNC PRO TUNC* **TO JUNE 23, 2010** |

**TO THE HONORABLE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY JUDGE:**

The Official Committee of Unsecured Creditors (the "Committee") of Pacific Metro, LLC (the "Debtor") hereby submits this application to retain Cooley LLP ("Cooley") as its counsel *nunc pro tunc* to June 23, 2010, pursuant to section 1103 of chapter 11, title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 2014, and the accompanying "*Declaration of Keith A. McDaniels in Support of Application of the Official Committee of Unsecured Creditors to Employ Cooley LLP as Counsel Nunc Pro Tunc to June 23, 2010*" (the "McDaniels Declaration"), and respectfully represent as follows:

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1185254 v2/SF

1.

COOLEY EMPLOYMENT APP.
CASE NO. 10-55788

Case: 10-55788   Doc# 79   Filed: 07/09/10   Entered: 07/09/10 10:23:55   Page 1 of 10

## BACKGROUND

On June 2, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under the Bankruptcy Code. Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtor is continuing to operate its business as a Debtor-in-Possession. No trustee or examiner has been appointed in this case.

On June 17, 2010, the Committee was formed by the Office of the United States Trustee (the "U.S. Trustee"), consisting of the following five members: (i) Jeff Spinello; (ii) Flextronics International; (iii) TBI-Mission West, LLC; (iv) DeLaTorre Corp.; and (v) Zoom Imaging Solutions, Inc. On June 23, 2010, the Committee met and decided that it wished to employ Cooley as its counsel to advise it in these proceedings.

## JURISDICTION

This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

The Committee believes that it would be cost effective to retain Cooley as its counsel, and believes that Cooley is well qualified to represent it in this proceeding. Cooley has extensive experience representing official committees of unsecured creditors in Chapter 11 bankruptcy cases in this District, elsewhere in California, and in hundreds of cases throughout the United States such as: Any Mountain, in Santa Rosa, California; Archibald Candy in Chicago, Illinois; Boscov's in Wilmington, Delaware; Eddie Bauer in Wilmington, Delaware; Federated Department Stores in Cincinnati, Ohio; Filene's Basement in Wilmington, Delaware; G.I. Joe's in Wilmington, Delaware; Goody's in Wilmington, Delaware; Gottschalk's in Wilmington, Delaware; KB Toys in Wilmington, Delaware; Lenox Sales in New York, New York; Levitz Home Furnishings in New York, New York; Liberate Technologies, Inc, San Francisco, California; Mervyn's in Wilmington, Delaware; Michael Anthony Management, Inc., San Jose, California; Montgomery Ward in Wilmington, Delaware; Ritz Camera Centers in Wilmington, Delaware; ORCO Construction Supply, Inc., Oakland, California; Samsonite Company Stores in

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1185254 v2/SF

2.

COOLEY EMPLOYMENT APP.
CASE NO. 10-55788

Case: 10-55788  Doc# 79  Filed: 07/09/10  Entered: 07/09/10 10:23:55  Page 2 of 10

Wilmington, Delaware; San Jose Medical Clinic, San Jose, California; Sharper Image in Wilmington, Delaware; Steve and Barry's in New York, New York; Yipes Communications, Inc. in San Francisco, California; and 3DO Company, Inc in San Francisco, California.

Furthermore, time is of the essence in these cases and Cooley is aware of the major matters in these cases, including without limitation, the cash collateral and the Debtor's proposed reorganization plan.

Accordingly, Cooley is well qualified to represent the Committee in these chapter 11 proceedings and it is respectfully requested that the Committee be authorized to retain Cooley effective as of January 27, 2010.

The professional services Cooley will render to the Committee consist of the following:

- Attend the meetings of the Committee;
- Review financial information furnished by the Debtor to the Committee;
- Negotiate a budget and the use of cash collateral;
- Review and investigate the liens of purported secured parties;
- Confer with the Debtor's management and counsel;
- Coordinate efforts to sell assets of the Debtor in a manner that maximizes the value for unsecured creditors;
- Review the Debtor's schedules, statement of financial affairs, and business plan;
- Advise the Committee as to the ramifications regarding all of the Debtor's activities and motions before this Court;
- File appropriate pleadings on behalf of the Committee;
- Review and analyze the Debtor's financial condition and report to the Committee;
- Provide the Committee with legal advice in relation to the case;
- Prepare various applications and memoranda of law submitted to the Court for consideration and handle all other matters relating to the representation of the Committee that may arise;
- Assist the Committee in negotiations with the Debtor and other parties in interest on any plan of reorganization or other exit strategy for this case; and
- Perform such other legal services for the Committee as may be necessary or proper in this proceeding.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1185254 v2/SF

3.

COOLEY EMPLOYMENT APP.
CASE NO. 10-55788

Case: 10-55788   Doc# 79   Filed: 07/09/10   Entered: 07/09/10 10:23:55   Page 3 of 10

The Committee believes it is necessary to employ Cooley and that such employment is in the best interests of the unsecured creditors of the Debtor's estate.

Based upon the McDaniels Declaration filed contemporaneously herewith, the Committee is satisfied that (i) Cooley represents no interest adverse to the Committee or the Debtor in the matters for which it is to be engaged and that its employment is in the best interest of the estate, (ii) Cooley has no connection with the U.S. Trustee or any other person employed in the Office of the U.S. Trustee, and (iii) Cooley has not been paid any retainer against which to bill fees and expenses.

## COOLEY'S RATES AND BILLING PRACTICES

Cooley has advised the Committee that its fees will be commensurate with fees charged to its other clients. Cooley has also advised the Committee that it intends to make application to the Court for allowance of its fees. The compensation of Cooley for services rendered on behalf of the Committee shall be fixed by this Court after due application herein pursuant to the rules of this Court.

Cooley intends to apply to the Court for compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and the terms of any administrative order establishing procedures for interim compensation and reimbursement of expenses for professionals and official committee members entered in this case.

For professional services, fees are based on Cooley's standard hourly rates. The proposed rates of compensation, subject to final Court approval, are otherwise the customary hourly rates in effect when services are performed by the attorneys, legal assistants and staff who provide services to the Committee. The current hourly rates for attorneys and legal assistants who have already provided services to the Committee in this case are set forth on **Exhibit A**, which is attached hereto. The hourly rates are subject to periodic adjustment.

Consistent with the firm's policy with respect to its other clients, Cooley will charge the Committee for all other services provided and for other charges and disbursements incurred in rendering services to the Committee. These customary items include, among other things,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1185254 v2/SF

4.

COOLEY EMPLOYMENT APP.
CASE NO. 10-55788

Case: 10-55788    Doc# 79    Filed: 07/09/10    Entered: 07/09/10 10:23:55    Page 4 of 10

photocopying, facsimiles, travel, business meals, computerized research, postage, witness fees, and other fees related to trials and hearings. Internal costs or overhead cost and document production services (including regular secretarial and word processing time), will not be separately charged.

### NOTICE, PRIOR APPLICATION AND WAIVER OF BRIEF

Notice of the instant Application is being given to the (i) U.S. Trustee, (ii) counsel for the Debtor, and (iii) any party having filed with the Court a request for notice. Because of the nature of the relief requested, the Committee respectfully submits that no further notice of the relief requested is necessary or required under the circumstances.

No prior application has been made in this or any other Court.

Cooley submits that the Application does not present novel issues of law requiring the citation to any authority, other than the statutes and rules cited above and, accordingly, submits that no brief is necessary.

**WHEREFORE,** the Official Committee of Unsecured Creditors requests that it be authorized to retain and employ Cooley LLP as its counsel *nunc pro tunc* to June 23, 2010 and that said firm be paid such compensation as may be allowed by this Court.

Dated: July 1, 2010

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

By: /s/ Jeff Spinello
    Jeff Spinello
    Committee Chair

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1185254 v2/SF

5.

COOLEY EMPLOYMENT APP.
CASE NO. 10-55788

Case: 10-55788    Doc# 79    Filed: 07/09/10    Entered: 07/09/10 10:23:55    Page 5 of 10

# EXHIBIT A

## BILLING RATES

| Attorney | Status | Hourly Rate |
|---|---|---|
| Keith A. McDaniels | Partner | $590 |
| Gregg S. Kleiner | Special Counsel | $575 |
| Michael Klein | Associate | $550 |
| Kris Tsao Cachia | Paralegal | $210 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1185254 v2/SF

6.

COOLEY EMPLOYMENT APP.
CASE NO. 10-55788

Case: 10-55788    Doc# 79    Filed: 07/09/10    Entered: 07/09/10 10:23:55    Page 6 of 10

# EXHIBIT B

## PROPOSED ORDER

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1185254 v2/SF

7.

COOLEY EMPLOYMENT APP.
CASE NO. 10-55788

Case: 10-55788    Doc# 79    Filed: 07/09/10    Entered: 07/09/10 10:23:55    Page 7 of 10

| | |
|---|---|
| 1 | COOLEY LLP |
|   | KEITH A. McDANIELS (189213) |
| 2 | GREGG S. KLEINER (141311) |
|   | 101 California Street, 5th Floor |
| 3 | San Francisco, CA 94111-5800 |
|   | Telephone: (415) 693-2000 |
| 4 | Facsimile: (415) 693-2222 |
|   | Email: kmcdaniels@cooley.com |
| 5 | gkleiner@cooley.com |
| 6 | Proposed Counsel for |
|   | The Official Committee of Unsecured Creditors |
| 7 | |

COOLEY LLP
KEITH A. McDANIELS (189213)
GREGG S. KLEINER (141311)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: kmcdaniels@cooley.com
       gkleiner@cooley.com

Proposed Counsel for
The Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| PACIFIC METRO, LLC, a California limited liability company, fka The Thomas Kinkade Company, LLC, fka Media Arts Group, Inc., | Case No. 10-55788-RLE-11 |
| | **ORDER AUTHORIZING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER TO EMPLOY COOLEY LLP AS COUNSEL *NUNC PRO TUNC* TO JUNE 23, 2010** |
| Debtor. | |

This matter coming before the Court on the "*Application of the Official Committee of Unsecured Creditors for Order to Employ Cooley LLP as Counsel Nunc Pro Tunc to June 23, 2010*" (the "Application"), filed by the Official Committee of Unsecured Creditors (the "Committee") of Pacific Metro, LLC (the "Debtor"); the Court having reviewed the Application and the Declaration of Keith A. McDaniels in support thereof ("McDaniels Declaration"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Application was reasonable and appropriate under the circumstances; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein;

///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1185262 v1/SF

1.

**ORDER GRANTING COOLEY EMP. APP.**
**CASE NO. 10-55788**

Case: 10-55788   Doc# 79   Filed: 07/09/10   Entered: 07/09/10 10:23:55   Page 8 of 10

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted pursuant to Bankruptcy Code section 1103 for the purposes set forth in the Application and the McDaniels Declaration, effective as of June 23, 2010, being the date the Committee elected to retain Cooley.

2. Cooley shall be compensated for its services and reimbursed for any related expenses in accordance with the procedures set forth in Bankruptcy Code sections 330 and 331, applicable provisions of the Bankruptcy Rules, the Local Rules and such other procedures as may be fixed by order of this Court for the compensation and reimbursement of professionals.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

**\*\*\* END OF ORDER \*\*\***

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1185262 v1/SF

2.

**ORDER GRANTING COOLEY EMP. APP.**
**CASE NO. 10-55788**

Case: 10-55788   Doc# 79   Filed: 07/09/10   Entered: 07/09/10 10:23:55   Page 9 of 10

## COURT SERVICE LIST

*Debtor*
Pacific Metro, LLC
Attn: Robert C. Murray
900 Lightpost Way
Morgan Hill, CA 95037

*Debtor's Counsel*
John Walshe Murray
Robert A. Franklin
Laurent Chen
Murray & Murray, P.C.
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548

*U.S. Trustee*
John Wesolowski
Office of the U.S. Trustee
280 S. First Street, #268
San Jose, CA 95113-3004

*Creditors Committee Members*
Jeff Spinello
4 Lewis Court
Palmyra, VA 22963

Flextronics Int'l.
Attn: Paul W. Anderson
847 Gibraltar Dr.
Milpitas, CA 95035

TBI-Mission West, LLC
Attn: Steve Hallgrimson
1960 The Alameda, Suite 20
San Jose, CA 95126

DeLaTorre Corp.
Attn: Daniel DeLaTorre
4955 W. Phillips Blvd.
Ontario, CA 91762

Zoom Imaging Solutions, Inc.
Attn: Jill M. Jurevich
200 S. Harding Blvd.
Roseville, CA 95678

*Request for Notice Parties*

*Counsel for Secured Creditor*
*LPA Properties, L.P.*
Craig H. Millet
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Suite 1200
Irvine, California 92612

Solmaz Kraus
Gibson, Dunn & Crutcher LLP
333 S. Grand Ave.
Los Angeles, CA 90071

IBM Corporation
Attn: Vicky Namken
13800 Diplomat Dr
Dallas, TX 75234

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1185262 v1/SF

3.

ORDER GRANTING COOLEY EMP. APP.
CASE NO. 10-55788

Case: 10-55788   Doc# 79   Filed: 07/09/10   Entered: 07/09/10 10:23:55   Page 10 of 10