Entered on Docket
July 16, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ORI KATZ,
Cal. Bar No. 209561
J. BARRETT MARUM,
Cal. Bar No. 228628
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: okatz@sheppardmullin.com
       bmarum@sheppardmullin.com

Attorneys for Kyle Everett,
Chapter 7 Trustee

The following constitutes
the order of the court. Signed July 11, 2018

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC METRO, LLC,<br>a California limited liability company,<br>f/k/a The Thomas Kinkade Company, LLC,<br>f/k/a Media Arts Group, Inc.,<br><br>      Debtor. | Case No. 10-55788-SLJ<br><br>Chapter 7<br><br>**ORDER SUSTAINING CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM OF U.S. TELEPACIFIC CORP. (CLAIM NO. 48) AND APPROVING:**<br><br>**1) STIPULATION REGARDING CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM OF ARTISTRY ENTERTAINMENT, INC.; AND**<br><br>**2) STIPULATION REGARDING CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIMS OF:**<br><br>    **a) CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION (CLAIM NO. 64); AND**<br><br>    **b) CALIFORNIA STATE BOARD OF EQUALIZATION (CLAIM NO. 33)**<br><br><u>Hearing on Objection:</u><br>Date:      June 27, 2018<br>Time:     2:00 p.m.<br>Place:    280 South First Street<br>           San Jose, CA 95113<br>Judge:   Hon. Stephen L. Johnson |

These matters came before the Court on: (i) the *Chapter 7 Trustee's Omnibus Objection to Claims of: (1) Artistry Entertainment, Inc. (Claim No. 39); (2) California Department of Tax and Fee Administration (Claim No. 64); (3) California State Board of Equalization (Claim No. 33); and U.S. TelePacific Corp. (Claim No. 48),* filed on May 21, 2018 by Kyle Everett, the chapter 7 trustee (the "Trustee") as Docket No. 739 (the "Claims Objection"); (ii) the *Stipulation Regarding Chapter 7 Trustee's Objection to Claim of Artistry Entertainment, Inc.*, filed on June 27, 2018 by the Trustee as Docket No. 743 (the "Artistry Claim Stipulation"); and (iii) the *Stipulation Regarding Chapter 7 Trustee's Objection to Claims of: (1) California Department of Tax and Fee Administration (Claim No. 64), and (2) California State Board of Equalization (Claim No. 33)*, filed on July 3, 2018 by the Trustee as Docket No. 745 (the "BOE-CDTFA Claims Stipulation"). Appearances at the hearing on the Claims Objection were made as reflected in the Court's record.

Having considered the Claims Objection, the Artistry Claim Stipulation, the BOE-CDTFA Claims Stipulation, and all other relevant papers of record in this case, with sufficient and adequate notice of the Claims Objection, the Artistry Claim Stipulation, and the BOE-CDTFA Claims Stipulation having been given, and no response to the Claims Objection having been filed, and for all the reasons stated on the record, and after due deliberation and sufficient case appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Claims Objection is SUSTAINED as it pertains to the claim of U.S. TelePacific Corp. (Claim No. 48) (the "U.S. TelePacific Claim");

2. The U.S. TelePacific Claim is disallowed in its entirety;

3. The Artistry Claim Stipulation is approved in its entirety;

4. The BOE-CDTFA Claims Stipulation is approved in its entirety; and

5. The Court retains jurisdiction over the matters arising from or related to the interpretation or implementation of this Order.

***END OF ORDER***

Case: 10-55788    Doc# 746    Filed: 07/16/18    Entered: 07/16/18 09:47:46    Page 2 of 2